E-FILED
Tuesday, 29 April, 2025 11:13:28 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

FILED
APR 29 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

United States of America
v.

Daniel Torrez-Perez

*Defendant(s)*

Case No. 25-mj-3096

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2025 in the county of Sangamon in the Central District of Illinois, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1326 | Reentry of Removed Alien |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

JOSEPH R HENTZ Digitally signed by JOSEPH R HENTZ Date: 2025.04.29 09:13:02 -05'00'

*Complainant's signature*

J.R. Hentz, Deportation Officer

*Printed name and title*

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed.R.Crim. P.4.1

Date: 4/29/2025

*Judge's signature*

City and state: Springfield, IL

Colleen R. Lawless, U.S. District Court Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

I, Joseph R. Hentz, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## AFFIDAVIT

I am a Deportation Officer with Immigration & Customs Enforcement, (hereinafter ICE), and that I have been so employed since September 13, 2009. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of an individual named Daniel TORREZ PEREZ. According to official records maintained by ICE, Daniel TORREZ PEREZ is a Guatemala national who has been removed on one prior occasions from the United States to Guatemala, on August 10, 2023, at Alexandria, Louisiana.

On December 26, 2024, I was able to confirm that Torrez-Perez had reentered the United States after his arrest for driving while under the influence (DUI) by the Illinois State Police in Springfield, Illinois. On April 25th, 2025, Torrez-Perez was taken into ICE Enforcement and Removal Operations custody inside the booking area of the Sangamon County, Illinois jail in Springfield, IL. Torrez-Perez had been arrested by Riverton, Illinois police department on a failure to appear warrant from his 2024 DUI on April 24th, 2025. Torrez-Perez was transported to the St. Louis, MO ICE office without incident. Torrez-Perez was

processed by ICE officers. When his fingerprints were run through federal criminal databases, it revealed Torrez-Perez had been removed previously to Guatemala on August 10, 2023, from Alexandria, Louisiana.

Daniel Torrez-Perez is currently in ICE ERO custody in Ste Genevieve County Jail in Ste. Genevieve, Missouri. Daniel Torrez-Perez claimed to working as a waiter in local Mexican restaurant in Springfield, IL.

According to official records maintained by ICE, following his removal to Guatemala on August 10th, 2023, Daniel Torrez-Perez, never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States.

Based on the above information, it appears that Daniel Torrez-Perez is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT,

JOSEPH R HENTZ Digitally signed by JOSEPH R HENTZ Date: 2025.04.29 08:39:29 -05'00'

JOSEPH R. HENTZ
Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed.R.Crim. P.4.1 on this 29th day of April, 2025.

Colleen R. Lawless
United States District Judge